IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
~~EASTERN~~ NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 2:06mc3302-MEF |
| CHARLES MOSELEY, | ) |
| Defendant, | ) |

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, Plaintiff, herein.

2. Judgment was entered on November 24, 1997, for Plaintiff and against Defendant for the sum of $2,525.35, and costs.

3. Defendant, CHARLES MOSELEY, resides at 7721 Alabama Highway 22 North, Selma, Alabama 36701, within the jurisdiction of this Court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The balance due on the Judgment as of May 9, 2006, is $2,450.35.

LEURA G. CANARY
United States Attorney

By: /s/
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

Sworn to and subscribed before me this 10th day of May, 2006.

/s/ Dianne M. Calhoun
NOTARY PUBLIC