U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Misc No. 2:06mc3302-MEF |
| DEFENDANT | TYPE OF PROCESS |
| Charles Moseley | Motion Order, Affidavit, App. Order |

RECEIVED 2006 JUN 19 PM 12:42
RECEIVED 2006 MAY 12 A 8:35
UNITED STATES DISTRICT COURT
MARSHAL'S SERVICE
MIDDLE ALABAMA

**SERVE AT**: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Charles Moseley
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7721 Alabama Highway 22 North, Selma, AL 36701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States of America
Attn: M. Tunnell
Post Office Box 197
Montgomery, Alabama 36101

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RECEIVED 2006 MAY 15 A UNITED STATES MARSHALS

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE: 5/10/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 3 | Signature of Authorized USMS Deputy or Clerk H. Chavers | Date 5/15/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Mrs Sylvesta Moseley (mother)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above): Same as def.

Date: 6-2-06  Time: 1145 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 178.00 | $8.00 | | | $0.00 |

RETURNED AND FILED

REMARKS: 5/23/06 FWD to S/AL for Service

JUL - 7 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00